IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-30139
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHARLIE LEE ROSS, JR.,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
(00-CR-10007-1)
--------------------
July 30, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Charlie Lee Ross, Jr. appeals his jury-trial conviction for conspiracy to possess with the intent to distribute cocaine base and possession with the intent to distribute cocaine base, in violation of 21 U.S.C. §§ 841(b)(1)(A), 846. He avers that the evidence was insufficient to support his conviction.

Ross's challenge to the sufficiency of the evidence is essentially a challenge to the jury's credibility and weight-of-the-evidence determinations. The testimony of the co-conspirators was

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

corroborated by telephone records, hotel receipts, car rental receipts, and taxi cab records. The testimony and the physical evidence demonstrate that, on the occasions alleged in the indictment, Ross provided cocaine base to a number of individuals who transported the drugs from Houston, Texas, to Louisiana.

As the testimony of his co-conspirators was not patently unbelievable or incredible, Ross has failed to show that a reasonable trier of fact could not have found him guilty beyond a reasonable doubt. United States v. Broussard, 80 F.3d 1025, 1030 (5th Cir. 1996); United States v. Bermea, 30 F.3d 1539, 1552 (5th Cir. 1994).

AFFIRMED.